# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAIL QUIP, INC. | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 19-223 |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 23rd day of **May 2019**, upon consideration of Defendant's Motion to Dismiss (ECF No. 7), Plaintiff's Response thereto (ECF No. 10), Defendant's Reply in support of its Motion to Dismiss (ECF No. 11) and Plaintiff's Surreply (ECF No. 12), it is hereby **ORDERED** and **DECREED** Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED**. The Amended Complaint (ECF No. 6) is dismissed without prejudice. Plaintiff is free to amend its Amended Complaint on or before June 6, 2019.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1